**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 13-cv-2415-WJM-KMT

WILLIAM EVANS, and
JEFFREY THAYER,

    Plaintiffs,

v.

LOVELAND AUTOMOTIVE INVESTMENTS, INC.,
JOHN RICHARD PIPE d/b/a LOVELAND AUTO TRANSPORT, and
PIPELINE AUTO TRANSPORT, INC.,

    Defendants.

---

## FINAL JUDGMENT

---

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a), all Orders entered during the pendency of this case, and the Order Granting Plaintiffs' Motion for Summary Judgment (ECF No. 32), entered by the Honorable William J. Martínez, United States District Judge, on January 13, 2015,

    IT IS ORDERED that Plaintiffs' Motion for Summary Judgment (ECF No. 31) is GRANTED.

    IT IS FURTHER ORDERED that Final Judgment is entered against the Defendants and in favor of the Plaintiffs as follows:

    1.    Plaintiff William Evans is awarded damages against Defendants jointly and severally in the amount of $19,934.06, and prejudgment interest in the amount of $1,077.18;

    2.      Plaintiff Jeffrey Thayer is awarded damages against Defendants jointly and severally in the amount of $8,282.50, and prejudgment interest in the amount of $939.19;

    3.      Plaintiffs Evans and Thayer are awarded post-judgment interest at the statutory rate.

IT IS FURTHER ORDERED that Plaintiffs are awarded costs upon the filing of a Bill of Costs with the Clerk of Court within fourteen days' entry of Final Judgment.

Dated at Denver, Colorado this __13th__ day of January, 2015.

APPROVED BY THE COURT:  
_____  
Judge William J. Martínez

FOR THE COURT:  
JEFFREY P. COLWELL, CLERK

By: s/Deborah Hansen  
Deborah Hansen, Deputy Clerk