**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 13-cv-02415-WJM-KMT

WILLIAM EVANS, and
JEFFREY THAYER,

    Plaintiffs,

v.

LOVELAND AUTOMOTIVE INVESTMENTS, INC.,
JOHN RICHARD PIPE d/b/a LOVELAND AUTO TRANSPORT, and
PIPELINE AUTO TRANSPORT, INC.,

    Defendants.

## JUDGMENT AWARDING ATTORNEYS' FEES AND COSTS

Pursuant to the Order Granting Plaintiffs' Motion for Attorneys' Fees and Costs, entered by the Honorable William J. Martínez, United States District Judge, on April 21, 2015, it is

ORDERED that Plaintiffs are awarded attorneys' fees in the amount of $7,250.00 and costs in the amount of $535.00 against the Defendants jointly and severally.   It is

FURTHER ORDERED that post-judgment interest shall accrue at the rate of 0.23% per annum from the date of entry of the Judgment Awarding Attorneys' Fees and Costs.

Dated at Denver, Colorado this 21st day of April 2015.

BY THE COURT:
JEFFREY P. COLWELL, CLERK


By:   s/Deborah Hansen
Deborah Hansen, Deputy Clerk